USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM KOSTROUN,

Plaintiff,

-v-

JOMBOY CORP.,

Defendant.

**ORDER**

26-CV-5791 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff filed his complaint on July 8, 2026. ECF No. 1. On August 21, 2026, Plaintiff filed proof of service indicating that Defendant was served on August 17, 2026. ECF No. 8. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's answer to the complaint was due by September 8, 2026. To date, Defendant has not filed a response to the complaint. The undersigned *sua sponte* extends the deadline for Defendant to respond to the complaint to **September 23, 2026**.

Plaintiff is directed to mail a copy of this order and the complaint to the address for Defendant included in the civil cover sheet at ECF No. 2. Plaintiff shall file proof of service by **September 14, 2026**.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge