USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM KOSTROUN,

Plaintiff,

-v-

JOMBOY CORP.,

Defendant.

**ORDER**

26-CV-5791 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's order at ECF No. 13, Defendant's deadline to respond to the complaint was October 23, 2026. In light of the parties' settlement in principle, *see* ECF No. 15, Defendant shall file its response to the complaint by **December 7, 2026**, unless this case is dismissed before that date.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge